IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:12-CR-351-F-15

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER OF DETENTION PENDING** |
| | ) | **TRIAL** |
| SHANNON KIDWELL, | ) | |
| | ) | |
| Defendant. | ) | |

This case came before the court on 13 November 2012 for a hearing on the government's motion, pursuant to 18 U.S.C. § 3142(f), to detain defendant pending trial. Defendant waived her hearing. (*See* D.E. 116). Defendant requested that the court enter a written order of detention specifying her medical conditions and the medications she takes for them to help ensure that she receives proper medical care during her period of detention. This Order is entered pursuant to that request.

Defendant advised the court that the conditions from which she suffers include: bipolar disorder, type II diabetes, scoliosis, hard cysts in both breasts (for which a diagnostic examination has not been conducted), carpel tunnel syndrome, high blood pressure, and attention deficit hyperactivity disorder. According to defendant, the medications she takes for her conditions include: Cymbalta (40 mg 2 times a day); Metformin (500 mg 2 times a day); Lamictal (25 mg 1 time a day for 2 weeks) followed by Geodon (50 mg); Ambien (10 mg 1 time a day); blood pressure medicine; and cholesterol medication. She has purportedly been receiving Supplemental Security Income disability benefits since at least 2009.

IT IS THEREFORE ORDERED that defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility

separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility shall deliver defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

IT IS RECOMMENDED that, to the extent not otherwise required, defendant be examined by the medical staff at the facility where she is being held as soon as possible after her admission thereto to help ensure that she receive proper treatment for her conditions, including proper administration of the medications she needs.

The Clerk is DIRECTED to deliver a copy of this Order today to the United States Marshal's Office for this district. The United States Marshal's Office, in turn, is DIRECTED to send a copy of this Order to the appropriate official at the facility at which defendant is being held no later than 16 November 2012.

SO ORDERED, this 15th day of November 2012.

_____
James E. Gates
United States Magistrate Judge