UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA

No. 5:12-CR-351-F-15

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| SHANNON KIDWELL | ) |

## ORDER ON MOTION TO SEAL

THIS MATTER is before the Court on defendant's motion to seal her Motion for Downward Variance.

FOR GOOD CAUSE SHOWN, the motion is ALLOWED.

SO ORDERED, this the 2nd day of January, 2014.

*James C. Fox*

HON. JAMES C. FOX
Senior Judge, United States District Court