IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:12-CR-00351-F-15

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| SHANNON KIDWELL, | ) | |
| Defendant. | ) | |

This matter is before the court on Shannon Kidwell's June 23, 2016 letter motion [DE-636]. In her letter motion, Kidwell requests a sentence reduction so that she can be home with her family.

The court's authority to modify a sentence is extremely narrow. There are only three circumstances in which modification is allowed: (1) upon motion of the Director of the Bureau of Prisons; (2) as permitted by statute or Federal Rule of Criminal Procedure 35; and (3) where the relevant sentencing guidelines have changed since sentence was imposed. *See* 18 U.S.C. § 3582(c)(1)(A), (1)(B), and (2). Kidwell has failed to show that any of these three circumstances are present. Consequently, Kidwell's June 23, 2016 letter motion [DE-636] is DENIED.

SO ORDERED.

This, the 28 day of June, 2016.

*James C. Fox*
JAMES C. FOX
Senior United States District Judge